371 A.2d 513
Commonwealth ex rel. Geuting v.
Geuting, Appellant.

Argued September 13, 1976. Albert Momjian, with him Abrahams & Loewenstein, for appellant; J. Goldstein, with him Alvin S. Ackerman, for appellee.

Order affirmed.

371 A.2d 513
Commonwealth ex rel. Harris v.
Harris, Appellant.

Argued September 17, 1976. Marlene Kline, for appellant; George S. Pressman, with him Beverly Ann Nelson, for appellee.

Order affirmed.